1404

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 2, 2005*

[Cite as *02/02/2005 Case Announcements,* 2005-Ohio-279.]

## MERIT DECISIONS WITHOUT OPINIONS

2004–1987.   **State ex rel. Balvin v. Ohio Adult Parole Auth.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2004–1989.   **State ex rel. Adkins v. Travis.**
In Procedendo. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2004–2011.   **State ex rel. Booker v. Court of Appeals, Eighth Appellate District.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2004–2104.   **Anders v. Timmerman–Cooper.**
In Habeas Corpus. On petition for writ of habeas corpus of Fred L. Anders. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2004–2126.   **Wenzlick v. Lazaroff.**
In Habeas Corpus. On petition for writ of habeas corpus of Jeff Wenzlick. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.
   LANZINGER, J., not participating.

## MOTION AND PROCEDURAL RULINGS

2004–0304.   **Johnson v. Microsoft Corp.**
Hamilton App. No. C–020564, 2004-Ohio-761. On motion for admission pro hac vice of David B. Tulchin and Richard C. Pepperman II by Gregory A. Harrison. Motion granted.
   PFEIFER, J., not participating.

2004–2097.   **State v. Franklin.**
Stark App. No. 2003CA00442, 2004-Ohio-5398. On motion for leave to file delayed appeal. Motion granted.
   RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

2004–2117.   **State v. Inskeep.**
Champaign App. No. 2003 CA 22, 2004-Ohio-4927. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

2004–2119.   **State v. James.**
Hamilton App. No. C–030695, 2004-Ohio-5727. On motion for leave to file delayed appeal. Motion granted.
   RESNICK and LANZINGER, JJ., dissent.